**IN THE UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **COMMODITY FUTURES TRADING COMMISSION,**<br><br>　　　　　　**Respondent,**<br><br>　　v.<br><br>**JOHN W. DESROSIERS and CRYSTAL DESROSIERS,**<br><br>　　　　　　**Movants.** | **MISCELLANEOUS ACTION:  MS2-03-42**<br><br>**Magistrate Judge Kemp** |

**ORDER GRANTING
RESPONDENT COMMODITY FUTURES TRADING COMMISSION'S
MOTION TO ENTER ORDER AUTHORIZING RESPONDENT TO OBTAIN
LIMITED BANK RECORDS FROM MOVANTS' BANKS**

The motion of Respondent, Commodity Futures Trading Commission ("CFTC"), for an order authorizing Respondent to obtain limited bank records from Movants' banks is granted as follows:

**IT IS ORDERED THAT:**

Pursuant to the subpoena issued to it by the CFTC dated October 22, 2003, US Bank is ordered to produce to the CFTC copies of all records of deposit exceeding $100 into any bank account held individually or jointly in the name of John W. Desrosiers for the period February 1, 2003 through July 31, 2003.

Pursuant to the subpoena issued to it by the CFTC dated October 22, 2003,

Heartland bank is ordered to produce to the CFTC copies of all records of deposits exceeding $100 into any bank account held individually or jointly in the name of John W. Desrosiers for the period February 1, 2003 through July 31, 2003.

Pursuant to the subpoena issued to it by the CFTC dated October 22, 2003, Key Bank is ordered to produce to the CFTC copies of all records of deposits exceeding $100 into any bank account held individually or jointly in the name of John W. Desrosiers for the period February 1, 2003 through July 31, 2003.

Dated: May 10, 2005

```
/s/ Terence P. Kemp
```
UNITED STATES MAGISTRATE JUDGE

Presented by
Louis V. Traeger
Commodity Futures Trading Commission
525 West Monroe Street, Suite 1100
Chicago, Illinois 60606
(312) 596-0563
(312) 596-0714 (facsimile)
ltraeger@cftc.gov